UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PERRYMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA SUPERIOR COURT, COUNTY OF SACRAMENTO, et al.,<br><br>　　　　Defendants. | No.  2:20-cv-01506-TLN-AC<br><br>**ORDER** |

　　　　Plaintiff, a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On July 31, 2020, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days.  (ECF No. 7.)  On August 25, 2020, the magistrate judge granted Plaintiff's request for a 60-day extension to file objections.  (ECF No. 11.)  Plaintiff has not filed objections to the findings and recommendations.

　　　　The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 31, 2020, are ADOPTED IN FULL; and

2. The Complaint is DISMISSED without leave to amend for failure to state a claim.

3. The Clerk of Court is directed to close the case.

DATED: November 6, 2020

                                    Troy L. Nunley
                                    United States District Judge